Tuesday, December 23, 2014

No. 15–0258/AR. U.S. v. Ricardo Gonzales. CCA 20140620. Notice is hereby given that a writ-appeal petition for review of the decision of the United States Army Court of Criminal Appeals on application for extraordinary relief was filed under Rule 27(b) on this date.

No. 15–0256/AR. U.S. v. Rashad J. Valmont. CCA 20110644. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 12, 2015.

No. 14–0792/AR. U.S. v. Collin J. Carter. CCA 20121046. Appellee's motion for leave to file a supplemental joint appendix is granted.

No. 15–0250/AF. U.S. v. Nathanial A. Tessner. CCA 38514. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 12, 2015.

No. 15–0249/AF. U.S. v. Bruce L. Broughton. CCA S32156. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 12, 2015.

No. 15–0248/AF. U.S. v. Joseph M. Ward III. CCA 38376. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 12, 2015.